IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* KYLE COOK, | * * * | |
| Plaintiff, | * * * | |
| vs. | * * * * * * | No. 4:10CV1187 SWW |
| ARCADIAN HEALTH PLANS, INC.; ARKANSAS COMMUNITY CARE, INC.; ARCADIAN MANAGEMENT SERVICES, INC.; ARCADIAN HEALTH PLAN OF GEORGIA, INC.; ARCADIAN HEALTH PLAN OF LOUISIANA, INC.; ARCADIAN HEALTH PLAN OF NEW YORK, INC.; and, ARCADIAN HEALTH PLAN OF NORTH CAROLINA, INC. | * * * * * * * * * * | |
| Defendants. | * | |

### ORDER

The United States having declined to intervene in this action, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B),

IT IS HEREBY ORDERED that:

1. The Complaint be unsealed in order that it may be served upon the defendants, by the relators;

2. All other contents of the Court's file in this action shall remain under seal and not be made public or served upon the defendants, with the exceptions of this Order and the Notice of Election to Decline Intervention that has been filed in this action by the United States;

3. Relators shall serve this Order and the Notice of Election to Decline Intervention

that has been filed by the United States upon the defendants, only after service of the relator's Complaint upon the defendants;

  4. The seal shall be lifted as to all other matters occurring in this action after the date of this Order;

  5. Henceforth relators and defendants shall serve all pleadings, motions, or other documents filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3), by ECF notification or by mailing true copies thereof, by first class mail, to:

  Shannon S. Smith
  Assistant United States Attorney
  United States Attorney's Office
  P.O. Box 1229
  Little Rock, AR 72203

  Jeffrey S. Gleason
  United States Department of Justice
  Civil Division, Fraud Section
  Room 9131
  601 D Street, NW
  Washington, DC  20004

  6. The United States may order any deposition transcripts;

  7. The United States is entitled to intervene in this action, for good cause, at any time;

  8. The parties shall serve all notices of appeal on the United States;

  9. All orders of this Court shall be sent to the United States; and

  10. Should a relator or a defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval regarding any such proposal.

IT IS SO ORDERED this 24${}^{th}$ day of June 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE