IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* KYLE COOK, | * * * | |
| Plaintiff/Relator, | * * | |
| vs. | * * * * | No. 4:10-cv-01187-SWW |
| ARCADIAN HEALTH PLANS, INC.; ARKANSAS COMMUNITY CARE, INC.; ARCADIAN MANAGEMENT SERVICES, INC.; ARCADIAN HEALTH PLAN OF GEORGIA, INC.; ARCADIAN HEALTH PLAN OF LOUISIANA, INC.; ARCADIAN HEALTH PLAN OF NEW YORK, INC.; and, ARCADIAN HEALTH PLAN OF NORTH CAROLINA, INC. | * * * * * * * * * | |
| Defendants. | * | |

## ORDER

The United States having consented as required by the Order entered June 24, 2011 [doc.#14], the motion [doc.#15] of the Plaintiff/Relator to voluntarily dismiss the above-styled action without prejudice is hereby granted.

IT IS SO ORDERED this 25th day of July 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE